The People of the State of New York, Respondent, v. Melinda Bassler, Appellant.— Judgment appealed from affirmed. All concurred.

Rachel M. Proper, Appellant, v. The Schoharie and Schenectady Counties Farmers' Mutual Fire Insurance Association, Respondent.—Judgment and order unanimously affirmed, with costs.

Public Service Commission, Second District, Town of Mamaroneck and Village of Mamaroneck, Respondents, v. Westchester Street Railroad Company, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to withdraw demurrer and answer upon payment of costs of trial court and of the appeal. All concurred.

James F. Phelan, Respondent, v. The Albany and Troy Amusement Company and Patrick J. Corbett, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Appellant, v. State Board of Tax Commissioners, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Sewell, J., dissenting.

Daniel Sheehan, Respondent, v. Albert L. Brooker, Appellant.— Judgment and order unanimously affirmed, with costs.

Max Sandler, Respondent, v. Morris Garfinkel and Harry Levin, Appellants.— Judgment unanimously affirmed, with costs..

Henry W. Snell, Appellant, v. Thomas Snell and John T. Snell, Respondents.— Judgment unanimously affirmed, with costs.

Frank W. Terwilliger, Appellant, v. Browning, King & Company, Respondent.— Interlocutory judgment affirmed, with costs, with usual leave to amend upon payment of costs in this court and at Special Term. All concurred.

Elmer S. White, Appellant, v. Rose B. White, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Houghton, J., dissenting as to allowance of counsel fee.

Grace E. Van A. Waterman, Respondent, v. Theodore H. Waterman, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elizabeth V. Bailey, Plaintiff, v. Herbert D. Bailey, Defendant.— Motion denied.

Miles R. Frisbie, Appellant, v. Star Company, Respondent.— Motion for leave to appeal to Court of Appeals granted and question certified as follows: Was the order requiring the plaintiff to appear for examination before trial authorized upon the pleadings and papers upon which it was granted?

Margaret D. Jeram, as Executrix, etc., of William Ehrengart, Deceased, Respondent, v. Albany Savings Bank, Respondent. Margaret D. Jeram, as Administratrix de Bonis Non, etc., of Louisa Ehrengart, Deceased, Respondent, v. Albany Savings Bank, Respondent. Anna Marie Bertha Symanzig, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, payable out of the fund. All concurred.